UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TALEAK HARRIS,<br>TERRENCE PORTER, and<br>DWIGHT FLOWERS,<br><br>Defendants. | **SEALED**<br><br>**INDICTMENT** 26 Cr.<br><br>**26cr430** |

**COUNT ONE**
**(Gun Trafficking Conspiracy)**

The Grand Jury charges:

1. From at least on or about June 3, 2026 through at least on or about September 15, 2026, in the Southern District of New York and elsewhere, TALEAK HARRIS, DWIGHT FLOWERS, and TERRENCE PORTER, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to traffic in firearms, in violation of Title 18, United States Code, Section 933.

2. It was a part and an object of the conspiracy that TALEAK HARRIS, DWIGHT FLOWERS, and TERRENCE PORTER, the defendants, and others known and unknown, would and did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a), to wit, HARRIS, FLOWERS, and PORTER transferred firearms to one another and to a buyer in

New York, New York with reasonable cause to believe that the individuals to whom they transferred the firearms were illegally trafficking those firearms.

(Title 18, United States Code, Section 933(a)(3).)

**COUNT TWO**
**(Conspiracy to Distribute Narcotics)**

The Grand Jury further charges:

3. From at least on or about June 3, 2026 through at least on or about August 21, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS and TERRENCE PORTER, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

4. It was a part and an object of the conspiracy that DWIGHT FLOWERS and TERRENCE PORTER, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

**COUNT THREE**
**(Distribution of Narcotics)**

The Grand Jury further charges:

6. On or about August 21, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS and TERRENCE PORTER, the defendants, knowingly and intentionally

distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and aided and abetted the distribution of a controlled substance.

7. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

**COUNT FOUR**
**(Firearm Use, Carrying, and Possession)**

The Grand Jury further charges:

8. On or about August 21, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS and TERRENCE PORTER, the defendants, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count Three of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, and aided and abetted the use, carrying, and possession of a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

**COUNT FIVE**
**(Distribution of Narcotics)**

The Grand Jury further charges:

9. On or about June 19, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

10. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

**COUNT SIX**
**(Firearm Use, Carrying, and Possession)**

The Grand Jury further charges:

11. On or about June 19, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count Five of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

**COUNT SEVEN**
**(Distribution of Narcotics)**

The Grand Jury further charges:

12. On or about July 7, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

13. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

**COUNT EIGHT**
**(Firearm Use, Carrying, and Possession)**

The Grand Jury further charges:

14. On or about July 7, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count Seven of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

**COUNT NINE**
**(Distribution of Narcotics)**

The Grand Jury further charges:

15. On or about July 23, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

16. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

**COUNT TEN**
**(Firearm Use, Carrying, and Possession)**

The Grand Jury further charges:

17. On or about July 23, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, during and in relation to a drug trafficking crime for which

they may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count Nine of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

**COUNT ELEVEN**
**(Distribution of Narcotics)**

The Grand Jury further charges:

18. On or about September 15, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

19. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

**COUNT TWELVE**
**(Possession and Transfer of a Machinegun)**

The Grand Jury further charges:

20. On or about September 15, 2026, in the Southern District of New York and elsewhere, DWIGHT FLOWERS, the defendant, knowingly possessed and transferred a machinegun, as that term is defined in Title 26, United States Code, Section 5845(b), and aided and abetted the same, to wit, FLOWERS sold a part designed and intended solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun, which was installed on a firearm at the time FLOWERS sold the firearm to another individual.

(Title 18, United States Code, Sections 922(o)(1) and 2.)

## FORFEITURE ALLEGATIONS

21. As a result of committing the offenses alleged in Counts One, Four, Six, Eight, Ten, and Twelve of this Indictment, TALEAK HARRIS, TERRENCE PORTER, and DWIGHT FLOWERS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

- Smith & Wesson SD40 VE pistol, serial number FBN9782
- Glock 42 pistol, serial number AFNB095
- Smith & Wesson M&P pistol, serial number PMJ7008
- Springfield Armory XDM Lite pistol, serial number BA727716
- Taurus USA G2C pistol, serial number AGE247035
- Springfield Armory pistol, serial number BY380247
- Springfield Armory Hellcat pistol, serial number BB341441
- Taurus model GX4 pistol, serial number 1GA21072
- Glock 19X pistol, serial number CATG886
- Glock 19 pistol, serial number CCKH876
- Ruger 57 pistol, serial number 64145522
- Ghost Gun, 9mm handgun
- SCCY CPX-1 pistol, serial number 083991
- FIE Titan pistol, serial number D707432
- Springfield Armory XD-9 pistol, serial number GM727719
- Glock 17 Gen 5 pistol, serial number BLKW103

- Smith & Wesson M&P Shield pistol, serial number HZU8310
- Kel-Tec pistol, serial number MDE67
- Smith & Wesson M&P Shield pistol, serial number DLV3870
- Glock 45 pistol, serial number CGCP480
- Springfield Armory XD-9 pistol, serial number BA745553
- Glock 17 Gen 4 pistol, serial number RSX489
- Taurus 3GC pistol, serial number ABM228959
- Glock 30 pistol, serial number TGG999
- Century Arms International Draco handgun, serial number USD007165
- Glock 19 pistol, serial number BKPX423
- Taurus USA pistol, serial number AHC832532
- Glock 17 Gen 4 pistol, serial number BNRG542
- Glock 20 pistol, serial number AKNV146
- Fabrique National pistol, serial number 386453358
- Fabrique National pistol, serial number GKS0156038
- Glock 17 pistol, BEPS796
- Llama/Gabilondo pistol, defaced serial number
- Glock 17V pistol, serial number CGSU967
- Sarsilmaz pistol, serial number T1102-17E12749
- Aero Precision Arms M4E1 rifle, serial number M40100837
- Unknown make, Omega 15 rifle, serial number EV04261
- Bushmaster XM15-E2S rifle, serial number BFH051699
- Glock 23 pistol, serial number WYE460

- IWI Z-15 rifle, serial number Z0012821
- Ghost gun, 9mm handgun
- Glock pistol, serial number CAEL631
- Ruger Security 9 pistol, serial number 38872746
- Sig Sauer P210 pistol, serial number 71210004806
- SAR9C pistol, serial number T1102-24CY01940
- Glock Inc 22 Gen 4 pistol, serial number AAGH389
- Glock 32 Gen 4 pistol, serial number CACB977
- Glock 43X pistol, serial number ALPH068
- Smith & Wesson Shield X pistol, serial number ENL0725
- American Tactical rifle, serial number NX117692
- Glock 45 pistol, serial number CCEB445
- Taurus USA pistol, serial number ADE310815
- Taurus USA G2C pistol, serial number unknown
- Fabrique National pistol, serial number 386348310
- Ruger AR556 rifle, serial number 185136777
- Taurus USA G3C pistol, serial number AHC800685
- Kimber Pro Raptor pistol, serial number KR291981
- Glock 43 pistol, serial number AFDB238
- American Tactical Omni Hybrid rifle, serial number NS307742
- Taurus USA G2C pistol, serial number AED255918
- Glock 19 pistol, serial number AFHH083
- Black Rain Ordnance rifle, serial number BR011007

- Springfield Armory XD9 pistol, serial number AT215284
- Glock 19 Gen 5 pistol, serial number BSVC477
- Fabrique National 509 pistol, serial number GKS0090298
- Palmetto Armory rifle, serial number SCB520863
- Sig Sauer P320 pistol, serial number M18060090
- Glock 43X pistol, serial number AKPV925
- Tisas pistol, serial number TO62025DK07717
- Smith & Wesson M&P rifle, serial number 33955
- American Tactical rifle, serial number NS241489
- Mill Sport Multi Cal rifle, serial number MSA070874
- Glock 21 Gen 4 pistol, serial number BLWR872
- Springfield Armory Hellcat Pro pistol, serial number BK315054
- Kahr Arms P45 pistol, serial number SB0586
- Glock 17 Gen 5 pistol, serial number BUGA191
- Glock 19 pistol, serial number BGZE339
- Smith & Wesson Model 617 revolver, serial number DPD4553
- Glock 19C V pistol, serial number CGTP271
- Smith & Wesson M&P 9 Shield EZ pistol, serial number NEK9386
- Browning Hi-Power pistol, serial number T300080
- Sig Sauer P320 pistol, serial number 58A04720
- Taurus G3C pistol, serial number AGL587765
- Glock 19 Gen4 pistol, serial number BDCN536
- PSA Dagger pistol, serial number FG045619

- Glock 19X pistol, serial number CCLC078
- Glock 22, with attached machinegun conversion device, serial number HHD956
- Glock 21 Gen5 pistol, serial number ALBY155
- ABC Rifle Co. ABC-15 rifle, serial number 77-9099
- Plumcrazy Mod-M AR pistol, serial number PC01491
- American Tactical AlphaMaxx rifle, serial number NX088243
- Ruger PC Charger rifle, serial number 91355481
- PSA PA-15 rifle, serial number PI024600

22. As a result of committing the offense alleged in Count One of this Indictment, TALEAK HARRIS, TERRENCE PORTER, and DWIGHT FLOWERS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934, any property constituting, or derived from, any proceeds HARRIS, PORTER, and FLOWERS obtained, directly or indirectly, as a result of said offense; and any property of HARRIS, PORTER, and FLOWERS, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

23. As a result of committing the offenses alleged in Counts Two, Three, Five, Seven, Nine, and Eleven of this Indictment, DWIGHT FLOWERS and TERRENCE PORTER, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

24. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 924 and 934;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON
9-17-26

James M. McDonald
JAMES M. MCDONALD
United States Attorney